UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROSENDO VASQUEZ,

    Petitioner,　　　　　　　　　　　　　　3:17-cv-00240-LRH-VPC

vs.

**ORDER**

ISIDRO BACA, *et al.*,

    Respondents.

_____/

    In this habeas corpus action, on April 19, 2017, the Court denied the *in forma pauperis* application of the petitioner, Rosendo Vasquez, and ordered that, within 30 days, Vasquez was to either pay the five dollar filing fee or file a new application to proceed *in forma pauperis*. *See* Order entered April 19, 2017 (ECF No. 3). In that order, the Court warned that if Vasquez failed to pay the filing fee or file a new *in forma pauperis* application within the time allowed, this action would be dismissed. *See id*.

    Rosendo did not pay the filing fee, or file a new *in forma pauperis* application, as ordered, within 30 days. The thirty-day period expired on May 19, 2017.

///

///

///

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this 6th day of June, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE