# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

ROSENDO VASQUEZ,

    Petitioner,

v.

ISIDRO BACA, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:17-cv-00240-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.
**IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability.

June 7, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk